UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADONIS GONZALEZ MENENDEZ,

Petitioner,

v.

MARY DE ENDA-YBARRA, et al.,

Respondents.

Case No. 2:26-cv-00288-RAJ

ORDER OF DISMISSAL

On January 23, 2026, Petitioner filed a Proposed Petition for Writ of Habeas Corpus. Dkt. # 1. On January 26, 2026, the court sent to Petitioner a Notice of Deficiency indicating that Petitioner must either meet the filing fee requirement by paying the $5.00 filing fee or submitting an Application for In Forma Pauperis (IFP). Dkt. # 2. The court set a deadline of February 25, 2026, for Petitioner to correct this deficiency.

On February 9, 2026, the Clerk's Office received, returned as undeliverable, a copy of the Notice of Deficiency that was previously mailed to Petitioner at ERO El Paso Camp East Montana in El Paso, Texas. Dkt. # 3.

///

///

///

///

ORDER OF DISMISSAL – 1

As of the date of this order, Petitioner has not addressed the filing deficiency identified in Dkt. # 2.  The Court therefore DISMISSES this case without prejudice for failure to prosecute.


DATED this 14th day of August, 2026.


_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL  –  2